**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
Case No. 20-20379-CIV-GRAHAM

ANTHONY SABINE,

    Plaintiff,

vs.

FEDEX FREIGHT, INC.,

Defendant.
_____/

**ORDER**

    **THIS CAUSE** came before the Court on the Parties' Joint Motion for Approval of Settlement Agreement. [D.E. 39].

    **THE COURT** has considered the Settlement Agreement, the pertinent portions of the record, and is otherwise fully advised in the premises. Accordingly, it is hereby

    **ORDERED AND ADJUDGED** that before approval of settlement, in accord with [D.E. 11], the Court requires a copy of the attorney's retainer agreement as well as full documentation of all hours supporting the lodestar if attorney's fees are or were paid as part the settlement for this matter. It is further

    **ORDERED AND ADJUDGED** that that, within 21 days from the date of the entry of this Order, the parties must file a copy of the fully executed Settlement Agreement, the billing records for Plaintiff's counsel, and any other pertinent document necessary to

1

conclude this action. [See D.E. 11].  It is further

**ORDERED AND ADJUDGED** that this action shall be **CLOSED** for administrative purposes, and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 24th day of July, 2020.

s/ Donald L. Graham
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE
